IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KALIE BOSKA, an individual, and ANGELA CORY, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WAYFAIR, LLC, a Delaware limited liability company, and WAYFAIR OF DELAWARE, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 2:19-cv-00993-JNP-CMR<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

The Court, having reviewed the Stipulated Motion for Extension of Time to File Defendants' Reply in Support of its Motion for Summary Judgment ("Motion") (ECF 88), and good cause appearing, hereby GRANTS the Motion and Orders as follows:

IT IS SO ORDERED that the Defendants are granted an extension of time to file their Reply in Support of Defendants' Motion for Summary Judgment up to and including May 9, 2022.

DATED this 14 April 2022.

　　　　　　　　　　BY THE COURT:

　　　　　　　　　　*/s/ Cecilia M. Romero*

　　　　　　　　　　Magistrate Judge Cecilia M. Romero
　　　　　　　　　　United States District Court for the District of Utah